UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:08-md-01988-DMS-LSP<br>Case No. 3:08-cv-02110-DMS-LSP<br>**ORDER** |
| State of Connecticut and Howard F. Pitkin, Commissioner of Banking of the State of Connecticut,<br>          Plaintiff,<br>v.<br>Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Countrywide Home Loans Servicing, LP,<br>          Defendants. | Judge:          Hon. Dana M. Sabraw |

1 |     Pursuant to Fed. R. Civ. P. 41(a)(2) and Local Rule 7.2, and in accordance with the Joint Motion For Dismissal filed by Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and Countrywide Home Loans Servicing, LP (collectively the "**Countrywide Entities**"), and Plaintiff State of Connecticut and Howard F. Pitkin, Commissioner of Banking of the State of Connecticut (together "**Connecticut**") on February 24, 2009, IT IS HEREBY ORDERED THAT this component action captioned as *State of Connecticut v. Countrywide Financial Corporation*, Case No. 3:08-cv-02110-DMS-LSP ("**Action**"), is dismissed as to all claims and all parties without prejudice, without the award of costs, attorneys' fees or expenses to Countrywide Entities and Connecticut, and with the Parties waiving all rights to appeal.

    IT IS SO ORDERED.

Dated: February 25, 2009

_____
THE HONORABLE DANA M. SABRAW
United States District Judge